1 EDMUND G. BROWN JR.
Attorney General of the State of California
2 DANE R. GILLETTE
Chief Assistant Attorney General
3 GERALD A. ENGLER
Senior Assistant Attorney General
4 PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 JOAN KILLEEN
Deputy Attorney General
6 State Bar No. 111679
  455 Golden Gate Avenue, Suite 11000
7  San Francisco, CA 94102-3664
  Telephone: (415) 703-5968
8  Fax: (415) 703-1234
  Email: Joan.Killeen@doj.ca.gov
9 Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

**DAVID MONTIEL CRUZ,**                    C 07-4329 JSW (PR)

14
                                  Petitioner,
15
          **v.**
16
**RICHARD SUBIO, Warden,**
17
                                  Respondent.
18

19
    **RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME**
20

21

22

23

24

25

26

27

28

1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | JOAN KILLEEN
Deputy Attorney General
6 | State Bar No. 111679
  455 Golden Gate Avenue, Suite 11000
7 |   San Francisco, CA 94102-3664
  Telephone: (415) 703-5968
8 |   Fax: (415) 703-1234
  Email: Joan.Killeen@doj.ca.gov
9 | Attorneys for Respondent

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

**DAVID MONTIEL CRUZ,**

Petitioner,

v.

**RICHARD SUBIO, Warden,**

Respondent.

C 07-4329 JSW (PR)

**RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME**

19 Respondent respectfully requests that this Court grant a sixty (60) day extension of time,

20 to and including May 7, 2008, to file the answer in this case. Respondent has made no prior request

21 for an extension of time.

22 As set forth in the accompanying Declaration of Counsel, counsel for respondent needs

23 sixty (60) days to complete and file the answer. Respondent does not believe petitioner will be

24 prejudiced by this request.

Respondent's Ex Parte Application For First Extension Of Time - C 07-4329 JSW (PR)

1

1    Wherefore, respondent respectfully requests that this Court grant this application for an

2  extension of time.

3        Dated:  March 7, 2008

4                    Respectfully submitted,

5                    EDMUND G. BROWN JR.
                    Attorney General of the State of California

6                    DANE R. GILLETTE
                    Chief Assistant Attorney General

7                    GERALD A. ENGLER
                    Senior Assistant Attorney General

8

9                    PEGGY S. RUFFRA
                    Supervising Deputy Attorney General

10

11                    /s/ Joan Killeen
                    JOAN KILLEEN

12                    Deputy Attorney General

                    Attorneys for Respondent
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respondent's Ex Parte Application For First Extension Of Time - C 07-4329 JSW (PR)

2