FILED

MAR 13 2008

RICHARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MONTIEL CRUZ,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>RICHARD SUBIO, Warden,<br><br>　　　　　　　　　　Respondent. | C 07-4329 JSW (PR)<br><br>**[PROPOSED] ORDER GRANTING FIRST EXTENSION OF TIME TO FILE ANSWER** |

GOOD CAUSE APPEARING, respondent is granted an additional sixty (60) days to and including May 7, 2008, to file an answer to the petition for writ of habeas corpus. Petitioner may file a reply within (30) days after the answer has been filed and served.

DATED: MAR 1 3 2008

_Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID MONTIEL CRUZ,

    Plaintiff,

v.

SECY AND WARDENS CDCR et al,

    Defendant.

                                           /

Case Number: CV07-04329 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Montiel Cruz
V65475
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640

Joan Killeen
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

Dated: March 13, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk