EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JOAN KILLEEN
Deputy Attorney General
State Bar No. 111679
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5968
  Fax: (415) 703-1234
  Email: Joan.Killeen@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID MONTIEL CRUZ,** | C 07-4329 JSW (PR) |
| Petitioner, | |
| v. | |
| **RICHARD SUBIO, Warden,** | |
| Respondent. | |

**ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOAN KILLEEN
   Deputy Attorney General
6  State Bar No. 111679
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-7004
    Telephone: (415) 703-5968
8   Fax: (415) 703-1234
    Email: Joan.Killeen@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID MONTIEL CRUZ,** | C 07-4329 JSW (PR) |
| Petitioner, | **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **RICHARD SUBIO, Warden,** | |
| Respondent. | |

Respondent provides this Answer to the Petition for Writ of Habeas Corpus:

I

CUSTODY

Petitioner, David Montiel Cruz, is lawfully in state custody pursuant to the 2005 judgment for convictions of burglary, lewd and lascivious acts on a child by force during the commission of burglary and kidnapping, kidnapping a child under 14 years, assault by means of force likely to produce great bodily injury, inflicting pain or suffering on a child with use of a deadly weapon, and sexual penetration by force during the commission of kidnapping and with personal use of a deadly weapon, Cal. Penal Code §§ 207(a), 208(b), 245(a)(1), 273a(a), 288(b)(1), 289(a)(1), 459-460(a), 667.61(a)-(e), 12022(b)(1), 12022.3(a), for which he was sentenced to 90 years to life consecutive

1  to 12 years four months by the Santa Clara County Superior Court.

## II

## EXHAUSTION OF STATE REMEDIES

Petitioner has exhausted his state remedies with respect to the claims raised in his petition. However, claim three, in which petitioner claims the prosecutor committed misconduct, has been procedurally defaulted because petitioner failed to raise his constitutional objection in the trial court. *Davis v. Woodford*, 384 F.3d 628, 654 (9th Cir. 2004).

## III

## STATEMENT OF FACTS AND PROCEDURE

Respondent incorporates by reference the statement of facts and procedure contained in the accompanying memorandum of points and authorities in support of the answer.

## IV

## DENIAL OF CLAIMS

Respondent denies that petitioner's federal constitutional rights were violated in any way. Specifically, respondent denies that petitioner's rights to due process and a fair trial under the Fifth, Sixth, and Fourteenth Amendments were violated by the trial court's instructions at the competency, guilt, and sanity phases, the admission of his statements to police, prosecutorial misconduct, cumulative error, or sentencing error.

## V

## AVAILABLE TRANSCRIPTS AND RECORDS

Attached are the Clerk's and Reporter's Transcripts of the trial, together with other relevant records, as indicated in the Index of State Court Records Lodged in Support of Answer, incorporated herein by reference.

## VI

## GENERAL DENIAL

Except as otherwise admitted, respondent denies each and every allegation of the petition which, if found true, would form the basis of federal habeas relief.

1     WHEREFORE, respondent respectfully requests that the petition for writ of habeas corpus

2 be denied.

3     Dated: May 6, 2008

4                   Respectfully submitted,

5                   EDMUND G. BROWN JR.
Attorney General of the State of California

6 DANE R. GILLETTE
Chief Assistant Attorney General

7 GERALD A. ENGLER
Senior Assistant Attorney General
8

9 PEGGY S. RUFFRA
Supervising Deputy Attorney General

10

11 /s/ Joan Killeen
JOAN KILLEEN
12 Deputy Attorney General

13 Attorneys for Respondent

Answer To Petition For Writ Of Habeas Corpus - C 07-4329 JSW (PR)

3