1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | JOAN KILLEEN
Deputy Attorney General
6 | State Bar No. 111679
  455 Golden Gate Avenue, Suite 11000
7 |  San Francisco, CA 94102-7004
  Telephone: (415) 703-5968
8 |  Fax: (415) 703-1234
  Email: Joan.Killeen@doj.ca.gov
9 | Attorneys for Respondent

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

**DAVID MONTIEL CRUZ,**                              C 07-4329 JSW (PR)

14                                       Petitioner,

15

        **v.**

16

**RICHARD SUBIO, Warden,**

17

                                       Respondent.

18

19

**APPLICATION FOR LEAVE TO FILE OVERSIZED MEMORANDUM OF POINTS
AND AUTHORITIES**

20

21

22

23

24

25

26

27

28

1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | JOAN KILLEEN
Deputy Attorney General
6 | State Bar No. 111679
  455 Golden Gate Avenue, Suite 11000
7 |  San Francisco, CA 94102-7004
  Telephone: (415) 703-5968
8 |  Fax: (415) 703-1234
  Email: Joan.Killeen@doj.ca.gov
9 | Attorneys for Respondent

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

**DAVID MONTIEL CRUZ,**                          C 07-4329 JSW (PR)

14
                                    Petitioner,    **APPLICATION FOR LEAVE**
15                                                 **TO FILE OVERSIZED**
        **v.**                                     **MEMORANDUM OF POINTS**
16                                                 **AND AUTHORITIES**
     **RICHARD SUBIO, Warden,**

17
                                    Respondent.
18

19 |     Respondent respectfully requests that this Court grant leave to file a memorandum of

20 | points and authorities in excess of 25 pages, pursuant to Civil L.R. 7-4(b). Respondent is filing the

21 | memorandum of points and authorities in support of the answer to the petition for writ of habeas

22 | corpus filed in this case.

23 |     As set forth in the accompanying Declaration of Counsel, counsel for respondent believes

24 | in good faith that it is necessary to file the oversized points and authorities in order to fully and

25 | adequately address the issues raised by petitioner, and that good cause for the request by respondent

26 | is stated therein.

27

28

Application For Leave To File Oversized Memorandum Of Points And Authorities - C 07-4329 JSW (PR)

1

1    Wherefore, respondent respectfully requests that this Court grant leave to file a

2  memorandum of points and authorities in excess of 25 pages.

3        Dated:  May 6, 2008

4                            Respectfully submitted,

5                            EDMUND G. BROWN JR.
                            Attorney General of the State of California

6                            DANE R. GILLETTE
                            Chief Assistant Attorney General

7
                            GERALD A. ENGLER
                            Senior Assistant Attorney General
8
                            PEGGY S. RUFFRA
9                            Supervising Deputy Attorney General

10

11                            /s/ Joan Killeen
                            JOAN KILLEEN
12                            Deputy Attorney General

                            Attorneys for Respondent
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Application For Leave To File Oversized Memorandum Of Points And Authorities - C 07-4329 JSW (PR)

2