1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOAN KILLEEN
   Deputy Attorney General
6  State Bar No. 111679
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-7004
    Telephone: (415) 703-5968
8   Fax: (415) 703-1234
    Email: Joan.Killeen@doj.ca.gov
9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11               FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID MONTIEL CRUZ,** | C 07-4329 JSW (PR) |
| Petitioner, | |
| v. | |
| **RICHARD SUBIO, Warden,** | |
| Respondent. | |

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR LEAVE TO FILE OVERSIZED MEMORANDUM OF POINTS AND AUTHORITIES**

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOAN KILLEEN
   Deputy Attorney General
6  State Bar No. 111679
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5968
8    Fax: (415) 703-1234
     Email: Joan.Killeen@doj.ca.gov
9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11               FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID MONTIEL CRUZ,**<br><br>                       Petitioner,<br><br>     v.<br><br>**RICHARD SUBIO, Warden,**<br><br>                       Respondent. | C 07-4329 JSW (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR LEAVE TO FILE OVERSIZED MEMORANDUM OF POINTS AND AUTHORITIES** |

19     I, Joan Killeen, declare under penalty of perjury that:

20     I am a Deputy Attorney General of the State of California and am admitted to practice law in this state and before this Court. I have been assigned to represent respondent and to prepare the answer in this case.

23     On January 8, 2008, this Court issued an Order to Show Cause, directing respondent to file an answer to the petition for writ of habeas corpus.

25     The habeas petition raises nine claims with respect to petitioner's convictions of burglary, lewd and lascivious acts on a child by force during the commission of burglary and kidnapping, kidnapping a child under 14 years, assault by means of force likely to produce great bodily injury,

Declaration Of Counsel In Support Of Application For Leave To File Oversized Memorandum Of Points And Authorities - C 07-4329 JSW (PR)

1

inflicting pain or suffering on a child with use of a deadly weapon, and sexual penetration by force during the commission of kidnapping and with personal use of a deadly weapon. The claims, which challenge the trial court's instructions at the competency, guilt, and sanity phases, admission at the guilt trial of petitioner's statements to the police, prosecutorial misconduct, and sentencing decisions, require a recitation of the facts underlying the claims, as well as an analysis of the law and the state court opinion rejecting the claims.

The reporter's transcript on appeal is over 2,300 pages long and the clerk's transcript is approximately 680 pages long. The trial involved the testimony of numerous witnesses, including expert witnesses, for both the prosecution and the defense. In order to fully address petitioner's claims, as well as to argue the harmlessness of any error found, respondent has found it necessary to set forth a detailed statement of facts.

Respondent's memorandum of points and authorities is 54 pages long. I believe that the length of the memorandum is necessary to adequately set forth the facts of the underlying crimes, the facts relating to petitioner's claims, the state court of appeal's ruling on those claims, the applicable federal law, and respondent's argument.

As counsel for respondent, I believe in good faith that the length of the memorandum of points and authorities is necessary to discharge my obligation to represent respondent and to fully address the issues raised by petitioner.

Executed on May 6, 2008, at San Francisco, California.


/s/ Joan Killeen
JOAN KILLEEN
Deputy Attorney General

Declaration Of Counsel In Support Of Application For Leave To File Oversized Memorandum Of Points And Authorities
- C 07-4329 JSW (PR)

2