1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOAN KILLEEN
   Deputy Attorney General
6  State Bar No. 111679
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-5968
8   Fax: (415) 703-1234
    Email: Joan.Killeen@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID MONTIEL CRUZ,** | C 07-4329 JSW (PR) |
| Petitioner, | |
| v. | |
| **RICHARD SUBIO, Warden,** | |
| Respondent. | |

**INDEX OF STATE COURT RECORDS LODGED IN SUPPORT OF ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOAN KILLEEN
   Deputy Attorney General
6  State Bar No. 111679
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5968
8    Fax: (415) 703-1234
     Email: Joan.Killeen@doj.ca.gov
9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID MONTIEL CRUZ,**<br><br>Petitioner,<br><br>v.<br><br>**RICHARD SUBIO, Warden,**<br><br>Respondent. | C 07-4329 JSW (PR)<br><br>**INDEX OF STATE COURT RECORDS LODGED IN SUPPORT OF ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

                                INDEX

    Exhibits

        A    Clerk's Record on Appeal, Vols. 1-3, Aug. CT (1 vol.)

        B    Augmented Reporter's Transcript on Appeal, Vols. 1-3

        C    Reporter's Transcript on Appeal, Vols. 1-15, 9/15/04 RT (1 vol.)

        D    Appellant's Opening Brief, H028476

        E    Respondent's Brief, H028476

        F    Appellant's Reply Brief, H028476

        G    California Court of Appeal Opinion, H028476

Index Of State Court Records Lodged In Support Of Answer To Petition For Writ Of Habeas Corpus - C 07-4329 JSW (PR)

1

| | | |
|---|---|---|
| H | Petition for Rehearing, H028476 |
| I | California Court of Appeal Order Denying Rehearing, H028476 |
| J | Petition for Review, H028476 |
| K | California Supreme Court Order Denying Review, S152748 |

Index Of State Court Records Lodged In Support Of Answer To Petition For Writ Of Habeas Corpus - C 07-4329 JSW (PR)

2