1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID MONTIEL CRUZ,** | C 07-4329 JSW (PR) |
| Petitioner, | **[PROPOSED] ORDER GRANTING LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF 25 PAGES** |
| v. | |
| **RICHARD SUBIO, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, respondent is granted leave to file a memorandum of points and authorities in support of the Answer to Petition for Writ of Habeas Corpus in excess of 25 pages.

DATED: _____

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE