# **DECLARATION OF SERVICE**

Case Name: **Cruz v. Subio, Warden**                                        No.: **C 07-4329 JSW (pr)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am 18 years of age or older and not a party to the within entitled cause; I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **May 7, 2008**, I placed the attached **1) ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; 2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; 3) APPLICATION FOR LEAVE TO FILE OVERSIZED MEMORANDUM OF POINTS AND AUTHORITIES; 4) DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR LEAVE TO FILE OVERSIZED MEMORANDUM OF POINTS AND AUTHORITIES; 5) INDEX OF STATE COURT RECORDS LODGED IN SUPPORT OF ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; AND 6) [PROPOSED] ORDER GRANTING LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF 25 PAGES** in the internal mail collection system at the Office of the Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102, for deposit in the United States Postal Service that same day in the ordinary course of business, in a sealed envelope, postage thereon fully prepaid, addressed as follows:

David Montiel Cruz
V65475
Mule Creek State Prison
P. O. Box 409099
Ione, CA  95640

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **May 7, 2008**, at San Francisco, California.

|            L. SORENSEN            |        /s/ L. Sorensen        |
| :-------------------------------: | :---------------------------: |
|            Typed Name             |           Signature           |